```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
       Plaintiff,

   v.                                  Civil No. 08-62-PB

Nicholas Sangillo,
       Defendant,
  and

Laconia Savings Bank,
       Garnishee.

```
                    ORDER TO QUASH
               WRIT OF CONTINUING GARNISHMENT
```

On May 20, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on May 25, 2011, an account in the name of Nicholas Sangillo, held by Laconia Savings Bank, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were served on defendant, Nicholas Sangillo on May 26, 2011, by certified mail, return receipt.

Defendant has filed a Claim for Exemptions stating the property was below the exemption amount allowed by the State of New Hampshire.  Plaintiff agrees this property is exempt from levy pursuant to N.H. Rev. Stat. Ann. 511:2(XVIII).

Defendant agrees a hearing is not necessary pursuant to 28 U.S.C. §3202(d).  Accordingly, it is

ORDERED that funds in the amount of $817.88 which were seized on May 25, 2011, from an account in the name of Nicholas Sangillo, which are in the possession, custody or control of Laconia Savings Bank, be released to defendant, Nicholas Sangillo, and

ORDERED that the Writ of Continuing Garnishment issued on May 20, 2011, to Laconia Savings Bank, is hereby quashed.

IT IS SO ORDERED.

/s/ Paul Barbadoro
U.S. District Court Judge

DATED: June 21, 2011

cc: Michael T. McCormack, AUSA
 Nicholas Sangillo, pro se
 Laconia Savings Bank